GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:          Sophia_Whiting@fd.org

Counsel for Defendant ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ROBERSON,<br><br>Defendant. | Case No.: CR 21-017 WHO<br><br>STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND REQUEST TO CONTINUE HEARING |

    Gregory Roberson is scheduled to appear for trial setting or change of plea hearing on October 21, 2021, at 1:30 p.m. Defense counsel met with Mr. Roberson about the change of plea hearing and he advised he is having trouble concentrating since his sister died in September and two additional family members have died in the month since. He is grieving and would not be mentally prepared to proceed with a plea colloquy at this time. He also requests additional time to review the discovery and speak with his surviving sister about his decision to plead guilty, but they have not been able to have this conversation due to the family circumstances. He therefore requests one month to have the necessary discussions and recovery

before the next hearing. The parties therefore jointly request a continuance in the above-captioned matter to November 18, 2021, at 1:30 p.m. or as soon thereafter as the Court is available.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the time from October 21, 2021 to November 18, 2021. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from October 21, 2021 to November 18, 2021, is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

| October 15, 2021 | STEPHANIE HINDS |
| Dated | Acting United States Attorney |
| | Northern District of California |

                                                                     /S
CHRISTOPHER VIEIRA
Assistant United States Attorney

| October 15, 2021 | GEOFFREY HANSEN |
| Dated | Acting Federal Public Defender |
| | Northern District of California |

                                                                     /S
SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

October 19, 2021
Dated

THE HONORABLE WILLIAM H. ORRICK
United States District Judge