STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
FAX: (415) 436-7234
kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY ROBERSON,<br><br>    Defendant. | NO. CR 3:21-CR-00017<br><br>STIPULATION TO EXCLUDE TIME FROM APRIL 7, 2022 TO JUNE 23, 2022 AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant **Gregory Roberson**, that time be excluded under the Speedy Trial Act from **April 7, 2022,** through **June 23, 2022**.

At the status conference held on **April 7, 2022**, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and discussing potential pretrial resolutions. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until **June 23, 2022,** will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from **April 7, 2022,** through **June 23, 2022,** from computation

under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 11, 2022

/s/
**KENNETH CHAMBERS**
Assistant United States Attorney

DATED:  April 11, 2022

/s/
**WHAYEUN CHLOE KIM**
Counsel for Defendant **Gregory Roberson**

## ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on **April 7, 2022,** and for good cause shown, the Court finds that failing to exclude the time from **April 7, 2022,** through **June 23, 2022,** would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from **April 7, 2022,** to **June 23, 2022,** from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from **April 7, 2022,** through **June 23, 2022** shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  April 15, 2022

HON. WILLIAM H. ORRICK
United States District Judge